**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**German SANTINI, Petitioner**

**No. 356 EAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.

Justice Mundy did not participate in the consideration or decision of this matter.